# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | TicWatch Pro 5 Enduro ("Accused Product") |
| --- | --- |
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://www.mobvoi.com/us/pages/ticwatchpro5enduro |



TicWatch Pro 5 Enduro

Buy Now

Radio Frequency (RF) device

**DESIGN**

# Style meets strength.

Crafted to withstand the rigors of the great outdoors while exuding sophistication in everyday life, TicWatch Pro 5 Enduro is your ultimate companion for wild adventure and urban style. From its unparalleled durability to its premium design, TicWatch Pro 5 Enduro redefines what an everyday adventure device can be.

https://www.mobvoi.com/us/pages/ticwatchpro5enduro

## TicWatch Pro 5 Enduro

| | |
|---|---|
| Display | 1.43" 466*466 326ppi<br>Full Color Always On Display OLED + Ultra-low-power Display |
| Connectivity | Bluetooth 5.2, Wi-Fi: 2.4GHz |
| GNSS | GPS+Beidou+Glonass+Galileo+QZSS |

https://www.mobvoi.com/us/pages/ticwatchpro5enduro



https://www.mobvoi.com/us/pages/ticwatchpro5enduro



•Antenna location:

GPS/BT/WIFI Antenna    NFC Antenna

Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth compatible devices use |

Bluetooth antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, ensuring minimal interference between them despite both of them operating in 2.4 GHz range.



https://www.mobvoi.com/us/pages/ticwatchpro5enduro

**TicWatch Pro 5 Enduro**



| | |
|---|---|
| Display | 1.43" 466*466 326ppi<br>Full Color Always On Display OLED + Ultra-low-power Display |
| Connectivity | Bluetooth 5.2, Wi-Fi: 2.4GHz |
| GNSS | GPS+Beidou+Glonass+Galileo+QZSS |

https://www.mobvoi.com/us/pages/ticwatchpro5enduro



circuit

https://www.mobvoi.com/us/pages/ticwatchpro5enduro

•Antenna location:



Source: Test report of the accused product

## 4 General Information

### 4.1 Details of E.U.T.

| | |
|---|---|
| Power supply: | DC 3.87V 611mAh Rechargeable Li-ion Battery |
| Cable(s): | DC charging cable 1m(Model:WF20088) |
| Operation Frequency: | 2402MHz to 2480MHz |
| Bluetooth Version: | V5.2 Dual mode |
| Modulation Type: | GFSK |
| Data Rate: | 1Mbps,2Mbps |
| Number of Channels: | 40 |
| Channel Spacing: | 2MHz |
| Antenna Type: | Loop Antenna |
| Antenna Gain: | -3 dBi (Provided by manufacturer) |
| S/N: | C101X28270043 |
| Firmware Version: | RMDB.220901.00A |

Source: Test report of the accused product

## 4 General Information

### 4.1 Details of E.U.T.

| | |
|---|---|
| Power supply: | DC 3.87V 611mAh Rechargeable Li-ion Battery |
| Cable(s): | DC charging cable 1m(Model:WF20088) |
| Operation Frequency: | 802.11b/g/n(HT20): 2412MHz to 2462MHz |
| Modulation Type: | 802.11b: DSSS (CCK, DQPSK, DBPSK);802.11g/n: OFDM (64QAM, 16QAM, QPSK, BPSK) |
| Number of Channels: | 802.11b/g/n(HT20):11 |
| Channel Spacing: | 5MHz |
| Antenna Type: | Loop Antenna |
| Antenna Gain: | -3 dBi (Provided by manufacturer) |
| S/N: | C101X28270043 |
| Firmware Version: | RMDB.220901.00A |

| | Source: Test report of the accused product |
|---|---|